Riches v. Swartz et al    Doc. 1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

Jonathan Lee Riches©,
Plaintiff

CIVIL NO:

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 0 7 2007
JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

VS

7:07-CV-00379

Jon Swartz USA Today cardcops.com;
Virginia Tech Shooting;
Ed Mierzwinski U.S. Pirg;
creditcards.com;
Phishing;
World wide web,
DEFENDANTS

## Complaint
### "Hacking the Planet"
### "Computer Genocide"

This is a complaint under 1983, Civil Rights violations, Trading with the Enemy act, copyright infringement, computer hacking, Murder, treason, illegal wiretapping, Identity theft, Phishing, spamming, code cracking, federal tort claims inflicted on Plaintiff.

Comes Now the plaintiff, Jonathan Lee Riches©, in pro-se, Moves this honorable court to serve named Defendants and to issue an order for Defendants to respond. Plaintiff requests a Jury trial. Plaintiff requests a "tro" temporary Restraining order Against Defendants. As Plaintiffs constitutional rights are being violated under the 1st, 2nd, 4th, 5th, 6th, 8th, and 14th amendments.

Dockets.Justia.com

# 1

Jon Swartz USA today cardcops.com is a reporter. He writes on cybercrime stories. His stories show the know how and encourages people to commit cybercrime. This is entrapment. He writes how to do credit card fraud, how to encode data on a magnetic strip, how to commit identity theft. Then he sits back and waits. Then reports the crime to the FBI for whistle blowing money.

# 2

Jon Swartz USA today cardcops.com provided cho the credit card to buy handguns to shoot Virginia tech. Swartz showed cho how to boost his credit score to get higher available credit. Swartz also showed cho how to commit identity theft and Phishing over the www.

# 3

Jon Swartz USA today cardcops.com is in a vast conspiracy with Ed Mierzwinski U.S. pirg, Norris hall students, convicted computer hackers and Phreakers, My online hacking handle "Gino Romano", to publish different ways to do cybercrime. They even hacked my mind.

# 4

Plaintiff asks for relief for a restraining order against any more publications by Jon Swartz USA today cardcops.com, to stop publications at Virginia tech, stay away from me, stop using my copyrighted name Jonathan Lee Riches© in newspaper articles, stop calling me a super hacker, stop violating my 6th amendment rights to being a identity theft, identity fraud kingpin which was not proven by a jury.

Respectfully Submitted

*Jonathan Lee Riches*
Jonathan Lee Riches©

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

United States District Court
Western District of Virginia
Poff Federal Bld.
210 Franklin Rd
Roanoke, VA 24011

FLORENCE SC
03 AUG 2007 PM



24011+2203