CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 13 2007

JOHN F. CORCORAN, CLERK
BY: /s/ O. Thompson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, ) | |
|    Plaintiff, ) | Civil Action No. 7:07-cv-00379 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| JON SWARTZ, et al., ) | By: Samuel G. Wilson |
|    Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(b)(i); Riches' request to proceed in forma pauperis is **DENIED as MOOT**; and this action **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 13th day of August, 2007.

/s/ Samuel G. Wilson
United States District Judge