UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 22 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

Jonathan Lee Riches©,
Plaintiff

v.                                  Civil Action No: 7:07CV00379

Jon Swartz, et al.,
DEFENDANTS

## MOTION TO APPEAL

## MOTION FOR JUDGES RECUSAL UNDER 28 USC 455 (A)(B)

Comes now the Plaintiff, Jonathan Lee Riches© A/K/A "The Tigerwoods of cyberhood", in pro-se, Moves this Honorable Court to Appeal United States District Judge's Samuel G. Wilson's Aug 13, 2007 memorandum opinion dismissing Plaintiffs Lawsuit.

## MOTION FOR Judges Recusal under 28 usc 455 (A)(B)

Judge Samuel G. Wilson should of recused himself before dismissing this suit under 455 (A)(B) because of numerous conflicts of interests, financial interests that he has with the Defendants in this suit.

Jon Swartz USA today reporter conspired with the Virginia tech shooting to destroy America's freedoms. The Judge in this case uses the world wide web, which is one of the defendants. A unfavorable ruling would result in the Judge Losing his internet access.

Super hackers are roaming the internet sending trojan horses and keystroke loggers on Americans computers. I can help put a stop to this madness.

I was a super hacker in the cyber world to stop evil. Jon Swartz is showing hackers world wide how to commit fraud, his articles are a blueprint manual to entrap people.

* December 4th, 1999 - Jon Swartz wrote a bogus article about Jonathan Lee Riches A/K/A "Gino Romano" hacking into Western Unions toll free money transfer department, call forwarding the switch, and intercepting the line to get Western Unions agents bingo codes. Using the codes to send money nationwide for pickup.

* Aug 16, 2000 - Jon Swartz articles lied about me buying PVC printers by Fargo and hacking into choicepoint to make fake drivers licences.

Jonathan Lee Riches© is copyrighted in the cyber world. Known as "Gino Romano" on telephone partylines, i.e. Binghamton Raven, Utah and Nevada chatlines from the back of Rollingstones Magazine.

## 2

Under 28 USC 455(B) - My 6th amendment rights are being violated. Noone in prison is feeding me. I weigh 125 lbs at 5 ft 10 inches. I'm starving. I'm more then 500 miles away from my family. I plead guilty and is still serving 125 months for fraud. I'm accused of stealing millions of dollars that was not in my indictment or found guilty by a jury. This is a Booker and Fanfan violation

Jon Swartz sends secret codes in his articles to the Russians. Morris code. Swartz is responsible for missing planes in the Bermuda triangle.

Jon Swartz sent a computer worm through the fiber optic cables on June 17, 2004. This court must impose a restraining order against the world wide web.

Notice is hereby given that Jonathan Lee Riches©, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit entered in this action on the Nineteenth day of the Eighth Month, 2007

Respectfully Submitted

Jonathan Lee Riches
#40948-018
Federal Correctional Institution
Williamsburg
P.O. Box 340
Salters, SC 29590

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

United States District Court
Western District of Virginia
Clerk of court
P.O. Box 1234
Roanoke, Virginia 24006

