```
                      UNITED STATES COURT OF APPEALS
                           FOR THE FOURTH CIRCUIT

                              August 27, 2007
```

**NOTICE OF APPELLATE CASE OPENING**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FOURTH CIRCUIT INFORMATION**
---------------------------

    **Court of Appeals Case #:**  07-7248

    **Short Caption:**  Riches v. Swartz

    **Date NOA Received 4CCA:**  8/22/07

    **Case Manager:**  Sarah A. Carmichael


**DISTRICT COURT INFORMATION**
--------------------------

    **Division:**  Western District of Virginia at Roanoke

    **District Court Case Number(s):**

    7:07-cv-00379-sgw

    **Date NOA Filed in District Court:**  8/22/07